UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nadja Yang,

Plaintiff(s),

v.

Educational Computer Systems, Inc. et al.,

Defendant(s).
_____________________________________/

Case No. 26-12839

Honorable Susan K. DeClercq

Magistrate Judge Anthony P. Patti

**ORDER OF RECUSAL AND REASSIGNMENT**

The undersigned has been assigned as the magistrate judge in this action. Upon review of the record, having found cause for recusal, and pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another magistrate judge for further proceedings.

Date: August 20, 2026

s/Anthony P. Patti
Anthony P. Patti
U.S. Magistrate Judge

---

Pursuant to this order, this case is reassigned to Magistrate Judge Kimberly G. Altman.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: August 20, 2026

s/ S Schoenherr
Deputy Clerk