UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nadja Yang [E−Filer],

Plaintiff(s),

v.

Case No. 2:26−cv−12839−SKD−KGA
Hon. Susan K. DeClercq

Educational Computer Systems, Inc., et al.,

Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

s/Susan K. DeClercq
Susan K. DeClercq
United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/K. Brown
Case Manager

Dated: August 24, 2026