**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| NADJA YANG,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMPUTER SYSTEMS, INC., DENISE TRUESDELL, TIMOTHY G. LYNCH, SEAN FRITZ, KATHLEEN CHAPMAN, and DOES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:26-cv-12839<br><br><br>Hon. Susan K. DeClercq<br>Mag. Judge Kimberly G. Altman |

---

**STIPULATED ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT EDUCATIONAL COMPUTER SYSTEMS, INC. TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

---

Plaintiff Nadja Yang ("Plaintiff"), proceeding pro se, and Defendant Educational Computer Systems, Inc. ("ECSI"), by and through its counsel, pursuant to Local Rule 7.1(a)(1), hereby stipulate and agree that ECSI shall have up to and including Tuesday, October 13, 2026, to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1), pursuant to the following terms:

1. ECSI acknowledges service of the summons and Complaint and waives the defenses listed in Fed. R. Civ. P. 12(b)(2), 12(b)(3), 12(b)(4), and 12(b)(5). ECSI will not assert those defenses by motion or pleading in response to the Complaint or

any amended complaint. ECSI expressly reserves all other rights and remedies that may be available to it under law and equity.

2. ECSI consents under Fed. R. Civ. P. 15(a)(2) to the filing of a First Amended Complaint by Plaintiff on or before October 13, 2026, and ECSI acknowledges that its deadline to respond to any amended pleading would follow in accordance with Fed. R. Civ. P. 15(a)(3).

3. Plaintiff and ECSI consent in writing, pursuant to Fed. R. Civ. P. 5(b)(2)(E), to service of further pleadings, filings, and other documents by e-mail, at nadja@njy.dev for Plaintiff and at Ryan.DiClemente@huschblackwell.com and Shawn.Anderson@huschblackwell.com for ECSI.

**SO ORDERED**

*/s/ Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 10, 2026

**Stipulated and Agreed to by:**

*/s/ Shawn J. Anderson*
Shawn J. Anderson

HUSCH BLACKWELL LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
T: 414.978.5354
Shawn.Anderson@huschblackwell.com

*Attorneys for Defendant Educational Computer Systems, Inc.*

*/s/Nadja Yang* (with permission given to Shawn J. Anderson)
Nadja Yang

200 E Liberty St Lbby Unit 7760
Ann Arbor, MI 48107
T: 332.203.3124
nadja@njy.dev

*Pro Se Plaintiff*