# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2026, a copy of Docket 10 filed on September 10, 2026 was sent to the party listed below via e-mail :

Nadja Yang : nadja@njy.dev

*Electronically signed : /s Shawn J. Anderson*

Attorney for Educational Computer Systems, Inc.