**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| Nadja Yang,<br><br>Plaintiff,<br><br>v.<br><br>Educational Computer Systems, Inc., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:26-cv-12839-SKD-KGA<br><br>HON. JUDGE SUSAN K. DECLERCQ<br><br>HON. MAGISTRATE JUDGE KIMBERLY G. ALTMAN<br><br>**Notice of Appearance of Counsel** |

Now comes Lisa D. Starks of Barnes & Thornburg LLP as identified in the following signature block and notifies this Court and all parties of record of his appearance as counsel for Defendants, Denise Truesdell, Timothy G. Lynch, Sean Fritz, and Kathleen Chapman.

Please provide all notices, pleadings, correspondence, and/or any and all documents relating to this case to Attorney Starks as counsel for Defendants, Denise Truesdell, Timothy G. Lynch, Sean Fritz, and Kathleen Chapman.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Lisa D. Starks*

Lisa D. Starks (P-78128)
**Barnes & Thornburg LLP**
171 Monroe Ave. NW, Ste. 1000
Grand Rapids, MI 49503
Phone: (260) 425-4627
Facsimile: (260) 424-8316

Lisa.Starks@btlaw.com
*Attorney for Defendants, Denise Truesdell, Timothy G. Lynch, Sean Fritz, and Kathleen Chapman*