**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| Nadja Yang, | ) | CASE NO. 2:26-cv-12839-SKD-KGA |
| | ) | |
| Plaintiff, | ) | HON. JUDGE SUSAN K. DECLERCQ |
| | ) | |
| v. | ) | HON. MAGISTRATE JUDGE |
| | ) | KIMBERLY G. ALTMAN |
| Educational Computer Systems, Inc., | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically filed: *Notice of Appearance of Counsel* of Lisa D. Starks with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this matter. I also certify that I have served a copy of the foregoing by mail on the following parties:

Nadja Yang
200 E. Liberty St. Lbby, Unit 7760
Ann Arbor, MI 48107
*Pro Se Plaintiff*

*/s/ Lisa D. Starks*
Lisa D. Starks (P-78128)
**Barnes & Thornburg LLP**
171 Monroe Ave. NW, Ste. 1000
Grand Rapids, MI 49503
Phone: (260) 425-4627

Facsimile: (260) 424-8316
Lisa.Starks@btlaw.com
*Attorney for Defendants, Denise Truesdell, Timothy G. Lynch, Sean Fritz, and Kathleen Chapman*