**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| Nadja Yang, | ) | CASE NO. 2:26-cv-12839-SKD-KGA |
| | ) | |
| Plaintiff, | ) | HON. JUDGE SUSAN K. DECLERCQ |
| | ) | |
| v. | ) | HON. MAGISTRATE JUDGE |
| | ) | KIMBERLY G. ALTMAN |
| Educational Computer Systems, Inc., | ) | |
| et al. | ) | **Notice of Appearance of Counsel** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Robert C. Folland of Barnes & Thornburg LLP as identified in the following signature block and notifies this Court and all parties of record of his appearance as counsel for Defendants, Denise Truesdell, Timothy G. Lynch, Sean Fritz, and Kathleen Chapman.

Please provide all notices, pleadings, correspondence, and/or any and all documents relating to this case to Attorney Folland as counsel for Defendants, Denise Truesdell, Timothy G. Lynch, Sean Fritz, and Kathleen Chapman.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Robert C. Folland*
Robert C. Folland (Ohio Bar No. 0065728)
**Barnes & Thornburg LLP**
41 S. High St., Ste. 3300
Columbus, OH 43215
Phone: (614) 628-0096

Facsimile: (614) 628-1433
Rob.Folland@btlaw.com
*Attorney for Defendants, Denise Truesdell, Timothy G. Lynch, Sean Fritz, and Kathleen Chapman*