# EXHIBIT A

T-9 0007 S5

ECSI
Educational Computer Systems, Inc.
PO Box 26227
Winston-Salem, NC 27114

# STUDENT ACCOUNT STATEMENT

## Go paperless!

Sign up for E-bill or Automated Payments at heartland.ecsi.net

## Easy Payment Options

Mail a check or money order.
Make a payment online at heartland.ecsi.net
Download our mobile app for iOS or Android.
Pay by phone at 1.888.549.3274

## Need Help? Contact Us.

Call us at 1.888.549.3274
Mon - Fri, 7:30 am to 9:00 pm ET

**Live Chat at heartland.ecsi.net**
Mon - Fri, 7:30 am to 8:00 pm ET
Sat, 8:30 am to 5:00 pm ET

STATEMENT ENCLOSED

T-9 0007 S5
Nadja Yang
[redacted]

**Account Number: [redacted]A6C2**
**THIS STATEMENT WAS GENERATED ON 03/10/2026**

| | |
|---|---|
| Current amount due: | $18,325.58 |
| Past due amount: | $0.00 |
| Fees due: | $0.00 |
| **Total Amount Due:** | **$18,325.58** |
| **Due By:** | **04/01/2026** |

*When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please contact us using the contact information located on the top right of this page.*

This statement includes 3 account(s) with University Of Michigan.

*Please see the Accounts on this Statement section for individual account details.*

**Future ACH draft information is now available for loans actively enrolled on a recurring ACH plan.**

↓ Pay online or detach this coupon and return with your payment. ↓

**Account Number: [redacted]A6C2**

Nadja Yang
[redacted]

Amount Enclosed: $ ☐☐,☐☐☐.☐☐

Make check payable to: S5 - University Of Michigan

| | |
|---|---|
| Total Amount Due: | $18,325.58 |
| Due By: | 04/01/2026 |

☐ Check here for change of mailing address, phone number or email address. Enter all changes on the back of this coupon.

☐ Check here if you have provided additional instructions on how your payment should be allocated. Enter all allocations on the back of this coupon.

Mail to:

University Of Michigan
c/o ECSI
P.O. Box 1287
Moon Township, PA 15108

ECSI

T-9 0007 S5



# STUDENT ACCOUNT STATEMENT

**IMPORTANT INFORMATION ABOUT YOUR STUDENT ACCOUNT(S).**
The information in this section may or may not apply to all of your student account(s). Please see the Accounts on this Statement to view which notes apply to each account.

Thank you for keeping your account current.

Please contact the school for more information about deferment or cancellation.
Office Hours: 8-5 M,W-F, 10-5 Tuesday School: (800)456-0706 Fax: (734)647-3804
A 10-day grace period applies from the due date of your loan payment until the day payment is received. If payment is received after the 10-day grace, late fees may be assessed on your account.

## APPLICATION OF YOUR PAYMENT

ECSI applies student loan payments according to Federal regulations and, for private institutional loans, as required by the borrower's promissory note. For Federal Perkins loans, ECSI applies payments according to Department of Education regulations. For Perkins loans, your payment will be applied in the following order - fees, past due interest, past due principal, current interest, and current principal. Unless provided otherwise by your promissory note, agreement, or other terms provided by your institution, if you have multiple accounts and make an overpayment or partial payment, ECSI will notify you of a payment's application via email and request that you provide instructions within 10 business days by contacting our call center at 888.549.3274 if you would like to alter the payment application. You can also provide instructions at the time you make the payment on the back of the payment coupon (To ensure proper processing, please do not write instructions on your check or prepayment instrument), or by logging in to our website and noting how you would like to allocate your payment when making an online automated one-time or recurring payment via ACH or debit/credit card. ECSI will retain and apply your payment instructions to any future nonconforming payment until your account is paid in full or you provide alternate instructions. You may prepay all or any part of your unpaid balance, plus any accrued interest and fees, at any time without penalty. If you do not provide ECSI with instructions regarding how to apply an overpayment or partial payment, ECSI will (1) apply an overpayment in a manner that is in your best financial interest, including by applying an overpayment to the highest interest-rate loan on your account; and (2) apply a partial payment in a manner that minimizes late fees and negative credit reporting. If there are multiple loans on your account with an equal stage of delinquency, ECSI will apply a partial payment to satisfy as many loans as possible.

## ACCEPTANCE OF PAYMENT

Acceptance or application of a payment in an amount that is less than all amounts due shall not constitute a waiver of the unpaid amounts or an accord and satisfaction.

## PAYING YOUR ACCOUNT IN FULL

To pay your account in full, we must receive the Payoff Amount by the date listed next to the Payment Amount in the account detail section. After this date, please contact us to confirm your exact Payoff Amount before sending your payment.

My new phone number is:

☐ Home ☐ Mobile ☐ Work ☐ Other

My new address is:

Street Address

Apartment / Unit / Suite

City, State, Zip / Postal Code

Country

My new email address is:

I want to change the allocation of this payment as provided below.

Account ☐ $ ☐☐,☐☐☐.☐☐

Account ☐ $ ☐☐,☐☐☐.☐☐

Account ☐ $ ☐☐,☐☐☐.☐☐

If you have instructions for more than 3 accounts, please attach additional instructions and mail with this coupon.

ECSI

T-9 0007 S5



# ACCOUNTS ON THIS STATEMENT

## ACCOUNT CODE: A7901A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $170.00 |
| Current Balance: | $170.00 |
| Payoff Amount thru 04/01/2026: | $170.00 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $170.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $0.00 |
| Past Interest Due: | $0.00 |
| Fees Due: | $0.00 |
| **Total Payment Due:** | **$170.00** |
| **Payment Due Date:** | **04/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

## ACCOUNT CODE: A8201A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $16,990.50 |
| Current Balance: | $16,990.50 |
| Payoff Amount thru 04/01/2026: | $16,990.50 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $16,990.50 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $0.00 |
| Past Interest Due: | $0.00 |
| Fees Due: | $0.00 |
| **Total Payment Due:** | **$16,990.50** |
| **Payment Due Date:** | **04/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

## ACCOUNT CODE: A8401A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $1,165.08 |
| Current Balance: | $1,165.08 |
| Payoff Amount thru 04/01/2026: | $1,165.08 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $1,165.08 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $0.00 |
| Past Interest Due: | $0.00 |
| Fees Due: | $0.00 |
| **Total Payment Due:** | **$1,165.08** |
| **Payment Due Date:** | **04/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

ECSI



## What Are My Payment Options?

You may make payments to ECSI by mail, online through our website, using our EasyPath mobile app (for iOS and Android), over the phone using our automated payment assistant or with a customer advocate, and through bill pay services. Please note that processing fees apply to some, but not all payment methods. For more information, see What Fees Apply to My Payments. ECSI does not charge for payments received by mail or recurring ACH payments. Any processing fee will be disclosed to you before you authorize your payment.

By Mail: ECSI accepts checks and money orders. Please include your Account Number in the memo field on your check or money order. Make your check or money order payable to your school and mail to: Your School Name, c/o ECSI, P.O. Box 1287, Moon Township, PA 15108.

Online: ECSI accepts one-time and recurring online payments via ACH and debit/credit card. We accept Visa, MasterCard and Discover cards. When paying with your Visa credit Card (not Visa debit card) the following restriction will apply: (1) you can make up to six (6) one-time payments per loan account per year and (2) you cannot use Visa credit card for recurring payments. We do not accept American Express.

Mobile App: ECSI accepts payments via our EasyPath mobile app. Our mobile app is available for Apple or Android phones. The Apple mobile app can be downloaded at The App Store (iTunes). The Android app can be downloaded at the Google Play store. We accept the same payments on our mobile app as accepted online.

By Phone: ECSI also accepts one-time ACH and debit/credit card payments and recurring ACH payments over the phone. ECSI does not accept recurring debit/credit card payments over the phone. One-time payments can be made by calling us toll-free at 888.549.3274 and using our automated payment assistant which is available 24/7. For recurring ACH payments, please call one of our customer service advocates toll-free at 888.549.3274, Monday to Friday, 7:30 AM to 8:00 PM EST.

Bill Pay: ECSI accepts payments through your bank or other third party bill pay service.

## What Fees Apply To My Payment?

PROCESSING FEES

ECSI charges fees for some, but not all payment methods offered. The chart below summarizes the fees we charge for each payment method. Please note in some instances, your school may pay the ECSI fees on your behalf.

| Method of Payment | ECSI Fees |
|---|---|
| Recurring direct debit (checking or savings account) payments (ACH)<br>Authorized online, by phone, or by mobile app | None |
| One-time direct debit (checking or savings account) payments (ACH)<br>Authorized online or by mobile app | $1.95 for each one-time payment you authorize |
| One-time direct debit (checking or savings account) payments (ACH)<br>Authorized by phone | $10.00 for each one-time payment you authorize |
| One-time or Recurring credit or debit card payments<br>Authorized online or by mobile app | 3.95% of the payment amount plus<br>$1.00 for each one-time or recurring payment you authorize |
| One-time credit or debit card payments<br>Authorized by phone | 3.95% of the payment amount plus<br>$10.00 for each one-time payment you authorize |
| Mailing a paper check or money order | None |
| Bill Pay Service Offered by Your Bank or Another Third Party | No ECSI Fee.<br>Other bill payment processing fees may apply. |
| Payments in Other Than U.S. Dollars; International Payments | No ECSI Fee.<br>Currency conversion or processing fees may vary. |

LATE FEES

Your school may assess fees for any part of an installment payment not made by the due date. Fees vary by school. To avoid late fees, please ensure ECSI receives your payment on or before your due date. If you have any questions about late fees or payment posting, please contact our customer advocates.

REJECTED PAYMENT/NON-SUFFICIENT FUNDS (NSF) FEES

Your school may assess a fee if your ACH (Direct Debit from your savings or checking account) transaction is unsuccessful. To avoid fees, please confirm that your checking or savings account has sufficient funds and that your bank account information is correct before submitting your payment. Please note that failure to submit payment for the full amount due by your payment due date will result in a late fee as described above. If you have any questions about your school's fees, please contact our customer advocates.

# EXHIBIT B

T-M01 0083 S5 S47417252

ECSI
Educational Computer Systems, Inc.
PO Box 26227
Winston-Salem, NC 27114

# STUDENT ACCOUNT STATEMENT

Go paperless!

Sign up for E-bill or Automated Payments at heartland.ecsi.net

Easy Payment Options

Mail a check or money order.
Make a payment online at heartland.ecsi.net
Download our mobile app for iOS or Android.
Pay by phone at 1.888.549.3274

Need Help? Contact Us.

Call us at 1.888.549.3274
Mon - Fri, 7:30 am to 9:00 pm ET

**Live Chat at heartland.ecsi.net**
Mon - Fri, 7:30 am to 8:00 pm ET
Sat, 8:30 am to 5:00 pm ET

STATEMENT ENCLOSED

T-M01 0083 S5 S47417252
Nadja Yang
[redacted]

**Account Number: [redacted]A6C2**
**THIS STATEMENT WAS GENERATED ON 04/10/2026**

| | |
|---|---|
| Current amount due: | $0.00 |
| Past due amount: | $18,325.58 |
| Fees due: | $18.00 |
| **Total Amount Due:** | **$18,343.58** |
| **Due By:** | **05/01/2026** |

*When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please contact us using the contact information located on the top right of this page.*

This statement includes 3 account(s) with University Of Michigan.

*Please see the Accounts on this Statement section for individual account details.*

**Future ACH draft information is now available for loans actively enrolled on a recurring ACH plan.**

Pay online or detach this coupon and return with your payment.

**Account Number: [redacted]A6C2**
Nadja Yang
[redacted]

Amount Enclosed: $ __ , ___ . __

Make check payable to: S5 - University Of Michigan

| | |
|---|---|
| Total Amount Due: | $18,343.58 |
| Due By: | 05/01/2026 |

☐ Check here for change of mailing address, phone number or email address. Enter all changes on the back of this coupon.

☐ Check here if you have provided additional instructions on how your payment should be allocated. Enter all allocations on the back of this coupon.

Mail to:

University Of Michigan
c/o ECSI
P.O. Box 1287
Moon Township, PA 15108

ECSI

T-M01 0083 S5 S47417252



# STUDENT ACCOUNT STATEMENT

**IMPORTANT INFORMATION ABOUT YOUR STUDENT ACCOUNT(S).**
The information in this section may or may not apply to all of your student account(s). Please see the Accounts on this Statement to view which notes apply to each account.

IMPORTANT. Your account is 15 days past due. Based on the terms of the promissory note you signed, you have agreed to make payments on this account. Please keep your loan current.

Please contact the school for more information about deferment or cancellation.
Office Hours: 8-5 M,W-F, 10-5 Tuesday School: (800)456-0706 Fax: (734)647-3804
A 10-day grace period applies from the due date of your loan payment until the day payment is received. If payment is received after the 10-day grace, late fees may be assessed on your account.

## APPLICATION OF YOUR PAYMENT

ECSI applies student loan payments according to Federal regulations and, for private institutional loans, as required by the borrower's promissory note. For Federal Perkins loans, ECSI applies payments according to Department of Education regulations. For Perkins loans, your payment will be applied in the following order - fees, past due interest, past due principal, current interest, and current principal. Unless provided otherwise by your promissory note, agreement, or other terms provided by your institution, if you have multiple accounts and make an overpayment or partial payment, ECSI will notify you of a payment's application via email and request that you provide instructions within 10 business days by contacting our call center at 888.549.3274 if you would like to alter the payment application. You can also provide instructions at the time you make the payment on the back of the payment coupon (To ensure proper processing, please do not write instructions on your check or prepayment instrument), or by logging in to our website and noting how you would like to allocate your payment when making an online automated one-time or recurring payment via ACH or debit/credit card. ECSI will retain and apply your payment instructions to any future nonconforming payment until your account is paid in full or you provide alternate instructions. You may prepay all or any part of your unpaid balance, plus any accrued interest and fees, at any time without penalty. If you do not provide ECSI with instructions regarding how to apply an overpayment or partial payment, ECSI will (1) apply an overpayment in a manner that is in your best financial interest, including by applying an overpayment to the highest interest-rate loan on your account; and (2) apply a partial payment in a manner that minimizes late fees and negative credit reporting. If there are multiple loans on your account with an equal stage of delinquency, ECSI will apply a partial payment to satisfy as many loans as possible.

## ACCEPTANCE OF PAYMENT

Acceptance or application of a payment in an amount that is less than all amounts due shall not constitute a waiver of the unpaid amounts or an accord and satisfaction.

## PAYING YOUR ACCOUNT IN FULL

To pay your account in full, we must receive the Payoff Amount by the date listed next to the Payment Amount in the account detail section. After this date, please contact us to confirm your exact Payoff Amount before sending your payment.

My new phone number is:

☐ Home ☐ Mobile ☐ Work ☐ Other

My new address is:

Street Address

Apartment / Unit / Suite

City, State, Zip / Postal Code

Country

My new email address is:

I want to change the allocation of this payment as provided below.

Account ☐ $ ☐☐,☐☐☐.☐☐

Account ☐ $ ☐☐,☐☐☐.☐☐

Account ☐ $ ☐☐,☐☐☐.☐☐

If you have instructions for more than 3 accounts, please attach additional instructions and mail with this coupon.

# ACCOUNTS ON THIS STATEMENT

## ACCOUNT CODE: A7901A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $170.00 |
| Current Balance: | $170.00 |
| Payoff Amount thru 05/01/2026: | $176.00 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $0.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $170.00 |
| Past Interest Due: | $0.00 |
| Fees Due: | $6.00 |
| **Total Payment Due:** | **$176.00** |
| **Payment Due Date:** | **05/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

## ACCOUNT CODE: A8201A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $16,990.50 |
| Current Balance: | $16,990.50 |
| Payoff Amount thru 05/01/2026: | $16,996.50 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $0.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $16,990.50 |
| Past Interest Due: | $0.00 |
| Fees Due: | $6.00 |
| **Total Payment Due:** | **$16,996.50** |
| **Payment Due Date:** | **05/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

## ACCOUNT CODE: A8401A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $1,165.08 |
| Current Balance: | $1,165.08 |
| Payoff Amount thru 05/01/2026: | $1,171.08 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $0.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $1,165.08 |
| Past Interest Due: | $0.00 |
| Fees Due: | $6.00 |
| **Total Payment Due:** | **$1,171.08** |
| **Payment Due Date:** | **05/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

## What Are My Payment Options?

You may make payments to ECSI by mail, online through our website, using our EasyPath mobile app (for iOS and Android), over the phone using our automated payment assistant or with a customer advocate, and through bill pay services. Please note that processing fees apply to some, but not all payment methods. For more information, see What Fees Apply to My Payments. ECSI does not charge for payments received by mail or recurring ACH payments. Any processing fee will be disclosed to you before you authorize your payment.

By Mail: ECSI accepts checks and money orders. Please include your Account Number in the memo field on your check or money order. Make your check or money order payable to your school and mail to: Your School Name, c/o ECSI, P.O. Box 1287, Moon Township, PA 15108.

Online: ECSI accepts one-time and recurring online payments via ACH and debit/credit card. We accept Visa, MasterCard and Discover cards. When paying with your Visa credit Card (not Visa debit card) the following restriction will apply: (1) you can make up to six (6) one-time payments per loan account per year and (2) you cannot use Visa credit card for recurring payments. We do not accept American Express.

Mobile App: ECSI accepts payments via our EasyPath mobile app. Our mobile app is available for Apple or Android phones. The Apple mobile app can be downloaded at The App Store (iTunes). The Android app can be downloaded at the Google Play store. We accept the same payments on our mobile app as accepted online.

By Phone: ECSI also accepts one-time ACH and debit/credit card payments and recurring ACH payments over the phone. ECSI does not accept recurring debit/credit card payments over the phone. One-time payments can be made by calling us toll-free at 888.549.3274 and using our automated payment assistant which is available 24/7. For recurring ACH payments, please call one of our customer service advocates toll-free at 888.549.3274, Monday to Friday, 7:30 AM to 8:00 PM EST.

Bill Pay: ECSI accepts payments through your bank or other third party bill pay service.

## What Fees Apply To My Payment?

PROCESSING FEES

ECSI charges fees for some, but not all payment methods offered. The chart below summarizes the fees we charge for each payment method. Please note in some instances, your school may pay the ECSI fees on your behalf.

| Method of Payment | ECSI Fees |
|---|---|
| Recurring direct debit (checking or savings account) payments (ACH)<br>Authorized online, by phone, or by mobile app | None |
| One-time direct debit (checking or savings account) payments (ACH)<br>Authorized online or by mobile app | $1.95 for each one-time payment you authorize |
| One-time direct debit (checking or savings account) payments (ACH)<br>Authorized by phone | $10.00 for each one-time payment you authorize |
| One-time or Recurring credit or debit card payments<br>Authorized online or by mobile app | 3.95% of the payment amount plus<br>$1.00 for each one-time or recurring payment you authorize |
| One-time credit or debit card payments<br>Authorized by phone | 3.95% of the payment amount plus<br>$10.00 for each one-time payment you authorize |
| Mailing a paper check or money order | None |
| Bill Pay Service Offered by Your Bank or Another Third Party | No ECSI Fee.<br>Other bill payment processing fees may apply. |
| Payments in Other Than U.S. Dollars; International Payments | No ECSI Fee.<br>Currency conversion or processing fees may vary. |

LATE FEES

Your school may assess fees for any part of an installment payment not made by the due date. Fees vary by school. To avoid late fees, please ensure ECSI receives your payment on or before your due date. If you have any questions about late fees or payment posting, please contact our customer advocates.

REJECTED PAYMENT/NON-SUFFICIENT FUNDS (NSF) FEES

Your school may assess a fee if your ACH (Direct Debit from your savings or checking account) transaction is unsuccessful. To avoid fees, please confirm that your checking or savings account has sufficient funds and that your bank account information is correct before submitting your payment. Please note that failure to submit payment for the full amount due by your payment due date will result in a late fee as described above. If you have any questions about your school's fees, please contact our customer advocates.

# EXHIBIT C

T-901 0107 S5 S47559025

ECSI
Educational Computer Systems, Inc.
PO Box 26227
Winston-Salem, NC 27114

# STUDENT ACCOUNT STATEMENT

**Go paperless!**

Sign up for E-bill or Automated Payments at heartland.ecsi.net

**Easy Payment Options**

Mail a check or money order.
Make a payment online at heartland.ecsi.net
Download our mobile app for iOS or Android.
Pay by phone at 1.888.549.3274

**Need Help? Contact Us.**

Call us at 1.888.549.3274
Mon - Fri, 7:30 am to 9:00 pm ET

**Live Chat at heartland.ecsi.net**
Mon - Fri, 7:30 am to 8:00 pm ET
Sat, 8:30 am to 5:00 pm ET

STATEMENT ENCLOSED

T-901 0107 S5 S47559025
Nadja Yang
[redacted]

**Account Number: [redacted]A6C2**
**THIS STATEMENT WAS GENERATED ON 05/11/2026**

| | |
|---|---|
| Current amount due: | $0.00 |
| Past due amount: | $18,325.58 |
| Fees due: | $36.00 |
| **Total Amount Due:** | **$18,361.58** |
| **Due By:** | **06/01/2026** |

*When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please contact us using the contact information located on the top right of this page.*

This statement includes 3 account(s) with University Of Michigan.

*Please see the Accounts on this Statement section for individual account details.*

**Future ACH draft information is now available for loans actively enrolled on a recurring ACH plan.**

↓ Pay online or detach this coupon and return with your payment. ↓

**Account Number: [redacted]A6C2**

Nadja Yang
[redacted]

Total Amount Due: $18,361.58
Due By: 06/01/2026

☐ Check here for change of mailing address, phone number or email address. Enter all changes on the back of this coupon.

☐ Check here if you have provided additional instructions on how your payment should be allocated. Enter all allocations on the back of this coupon.

Amount Enclosed: $ ☐☐,☐☐☐.☐☐

Make check payable to: S5 - University Of Michigan

Mail to:

University Of Michigan
c/o ECSI
P.O. Box 1287
Moon Township, PA 15108

# STUDENT ACCOUNT STATEMENT

**IMPORTANT INFORMATION ABOUT YOUR STUDENT ACCOUNT(S).**
The information in this section may or may not apply to all of your student account(s). Please see the Accounts on this Statement to view which notes apply to each account.

IMPORTANT. Your account is 45 days past due. Based on the terms of the promissory note you signed, you have agreed to make payments on this account. Please keep your loan current.

Please contact the school for more information about deferment or cancellation.
Office Hours: 8-5 M,W-F, 10-5 Tuesday School: (800)456-0706 Fax: (734)647-3804
A 10-day grace period applies from the due date of your loan payment until the day payment is received. If payment is received after the 10-day grace, late fees may be assessed on your account.

## APPLICATION OF YOUR PAYMENT

ECSI applies student loan payments according to Federal regulations and, for private institutional loans, as required by the borrower's promissory note. For Federal Perkins loans, ECSI applies payments according to Department of Education regulations. For Perkins loans, your payment will be applied in the following order - fees, past due interest, past due principal, current interest, and current principal. Unless provided otherwise by your promissory note, agreement, or other terms provided by your institution, if you have multiple accounts and make an overpayment or partial payment, ECSI will notify you of a payment's application via email and request that you provide instructions within 10 business days by contacting our call center at 888.549.3274 if you would like to alter the payment application. You can also provide instructions at the time you make the payment on the back of the payment coupon (To ensure proper processing, please do not write instructions on your check or prepayment instrument), or by logging in to our website and noting how you would like to allocate your payment when making an online automated one-time or recurring payment via ACH or debit/credit card. ECSI will retain and apply your payment instructions to any future nonconforming payment until your account is paid in full or you provide alternate instructions. You may prepay all or any part of your unpaid balance, plus any accrued interest and fees, at any time without penalty. If you do not provide ECSI with instructions regarding how to apply an overpayment or partial payment, ECSI will (1) apply an overpayment in a manner that is in your best financial interest, including by applying an overpayment to the highest interest-rate loan on your account; and (2) apply a partial payment in a manner that minimizes late fees and negative credit reporting. If there are multiple loans on your account with an equal stage of delinquency, ECSI will apply a partial payment to satisfy as many loans as possible.

## ACCEPTANCE OF PAYMENT

Acceptance or application of a payment in an amount that is less than all amounts due shall not constitute a waiver of the unpaid amounts or an accord and satisfaction.

## PAYING YOUR ACCOUNT IN FULL

To pay your account in full, we must receive the Payoff Amount by the date listed next to the Payment Amount in the account detail section. After this date, please contact us to confirm your exact Payoff Amount before sending your payment.

My new phone number is:

☐ Home ☐ Mobile ☐ Work ☐ Other

My new address is:

Street Address

Apartment / Unit / Suite

City, State, Zip / Postal Code

Country

My new email address is:

I want to change the allocation of this payment as provided below.

Account ☐ $ ☐☐,☐☐☐.☐☐

Account ☐ $ ☐☐,☐☐☐.☐☐

Account ☐ $ ☐☐,☐☐☐.☐☐

If you have instructions for more than 3 accounts, please attach additional instructions and mail with this coupon.

# ACCOUNTS ON THIS STATEMENT

## ACCOUNT CODE: A7901A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $170.00 |
| Current Balance: | $170.00 |
| Payoff Amount thru 06/01/2026: | $182.00 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $0.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $170.00 |
| Past Interest Due: | $0.00 |
| Fees Due: | $12.00 |
| **Total Payment Due:** | **$182.00** |
| **Payment Due Date:** | **06/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

## ACCOUNT CODE: A8201A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $16,990.50 |
| Current Balance: | $16,990.50 |
| Payoff Amount thru 06/01/2026: | $17,002.50 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $0.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $16,990.50 |
| Past Interest Due: | $0.00 |
| Fees Due: | $12.00 |
| **Total Payment Due:** | **$17,002.50** |
| **Payment Due Date:** | **06/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

## ACCOUNT CODE: A8401A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $1,165.08 |
| Current Balance: | $1,165.08 |
| Payoff Amount thru 06/01/2026: | $1,177.08 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $0.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $1,165.08 |
| Past Interest Due: | $0.00 |
| Fees Due: | $12.00 |
| **Total Payment Due:** | **$1,177.08** |
| **Payment Due Date:** | **06/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

ECSI

T-901 0107 S5 S47559025



## What Are My Payment Options?

You may make payments to ECSI by mail, online through our website, using our EasyPath mobile app (for iOS and Android), over the phone using our automated payment assistant or with a customer advocate, and through bill pay services. Please note that processing fees apply to some, but not all payment methods. For more information, see What Fees Apply to My Payments. ECSI does not charge for payments received by mail or recurring ACH payments. Any processing fee will be disclosed to you before you authorize your payment.

By Mail: ECSI accepts checks and money orders. Please include your Account Number in the memo field on your check or money order. Make your check or money order payable to your school and mail to: Your School Name, c/o ECSI, P.O. Box 1287, Moon Township, PA 15108.

Online: ECSI accepts one-time and recurring online payments via ACH and debit/credit card. We accept Visa, MasterCard and Discover cards. When paying with your Visa credit Card (not Visa debit card) the following restriction will apply: (1) you can make up to six (6) one-time payments per loan account per year and (2) you cannot use Visa credit card for recurring payments. We do not accept American Express.

Mobile App: ECSI accepts payments via our EasyPath mobile app. Our mobile app is available for Apple or Android phones. The Apple mobile app can be downloaded at The App Store (iTunes). The Android app can be downloaded at the Google Play store. We accept the same payments on our mobile app as accepted online.

By Phone: ECSI also accepts one-time ACH and debit/credit card payments and recurring ACH payments over the phone. ECSI does not accept recurring debit/credit card payments over the phone. One-time payments can be made by calling us toll-free at 888.549.3274 and using our automated payment assistant which is available 24/7. For recurring ACH payments, please call one of our customer service advocates toll-free at 888.549.3274, Monday to Friday, 7:30 AM to 8:00 PM EST.

Bill Pay: ECSI accepts payments through your bank or other third party bill pay service.

## What Fees Apply To My Payment?

PROCESSING FEES

ECSI charges fees for some, but not all payment methods offered. The chart below summarizes the fees we charge for each payment method. Please note in some instances, your school may pay the ECSI fees on your behalf.

| Method of Payment | ECSI Fees |
|---|---|
| Recurring direct debit (checking or savings account) payments (ACH)<br>Authorized online, by phone, or by mobile app | None |
| One-time direct debit (checking or savings account) payments (ACH)<br>Authorized online or by mobile app | $1.95 for each one-time payment you authorize |
| One-time direct debit (checking or savings account) payments (ACH)<br>Authorized by phone | $10.00 for each one-time payment you authorize |
| One-time or Recurring credit or debit card payments<br>Authorized online or by mobile app | 3.95% of the payment amount plus<br>$1.00 for each one-time or recurring payment you authorize |
| One-time credit or debit card payments<br>Authorized by phone | 3.95% of the payment amount plus<br>$10.00 for each one-time payment you authorize |
| Mailing a paper check or money order | None |
| Bill Pay Service Offered by Your Bank or Another Third Party | No ECSI Fee.<br>Other bill payment processing fees may apply. |
| Payments in Other Than U.S. Dollars; International Payments | No ECSI Fee.<br>Currency conversion or processing fees may vary. |

LATE FEES

Your school may assess fees for any part of an installment payment not made by the due date. Fees vary by school. To avoid late fees, please ensure ECSI receives your payment on or before your due date. If you have any questions about late fees or payment posting, please contact our customer advocates.

REJECTED PAYMENT/NON-SUFFICIENT FUNDS (NSF) FEES

Your school may assess a fee if your ACH (Direct Debit from your savings or checking account) transaction is unsuccessful. To avoid fees, please confirm that your checking or savings account has sufficient funds and that your bank account information is correct before submitting your payment. Please note that failure to submit payment for the full amount due by your payment due date will result in a late fee as described above. If you have any questions about your school's fees, please contact our customer advocates.

# EXHIBIT D

T-901 0111 S5 S48025300

ECSI
Educational Computer Systems, Inc.
PO Box 26227
Winston-Salem, NC 27114

# STUDENT ACCOUNT STATEMENT

**Go paperless!**

Sign up for E-bill or Automated Payments at heartland.ecsi.net

**Easy Payment Options**

Mail a check or money order.
Make a payment online at heartland.ecsi.net
Download our mobile app for iOS or Android.
Pay by phone at 1.888.549.3274

**Need Help? Contact Us.**

Call us at 1.888.549.3274
Mon - Fri, 7:30 am to 9:00 pm ET

**Live Chat at heartland.ecsi.net**
Mon - Fri, 7:30 am to 8:00 pm ET
Sat, 8:30 am to 5:00 pm ET

STATEMENT ENCLOSED

T-901 0111 S5 S48025300
Nadja Yang
[redacted]

**Account Number: [redacted]A6C2**
**THIS STATEMENT WAS GENERATED ON 08/10/2026**

| | |
|---|---|
| Current amount due: | $0.00 |
| Past due amount: | $18,325.58 |
| Fees due: | $72.00 |
| **Total Amount Due:** | **$18,397.58** |
| **Due By:** | **09/01/2026** |

*When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please contact us using the contact information located on the top right of this page.*

This statement includes 3 account(s) with University Of Michigan.

*Please see the Accounts on this Statement section for individual account details.*

**Future ACH draft information is now available for loans actively enrolled on a recurring ACH plan.**

↓ Pay online or detach this coupon and return with your payment. ↓

**Account Number: [redacted]A6C2**
Nadja Yang
[redacted]

| | |
|---|---|
| Total Amount Due: | $18,397.58 |
| Due By: | 09/01/2026 |

☐ Check here for change of mailing address, phone number or email address. Enter all changes on the back of this coupon.

☐ Check here if you have provided additional instructions on how your payment should be allocated. Enter all allocations on the back of this coupon.

Amount Enclosed: $ ☐☐,☐☐☐.☐☐

Make check payable to: S5 - University Of Michigan

Mail to:

University Of Michigan
c/o ECSI
P.O. Box 1287
Moon Township, PA 15108

# STUDENT ACCOUNT STATEMENT

**IMPORTANT INFORMATION ABOUT YOUR STUDENT ACCOUNT(S).**
The information in this section may or may not apply to all of your student account(s). Please see the Accounts on this Statement to view which notes apply to each account.

IMPORTANT. Your account is 105 days past due. Based on the terms of the promissory note you signed, you have agreed to make payments on this account. Please keep your loan current.

Please contact the school for more information about deferment or cancellation.
Office Hours: 8-5 M,W-F, 10-5 Tuesday School: (800)456-0706 Fax: (734)647-3804
A 10-day grace period applies from the due date of your loan payment until the day payment is received. If payment is received after the 10-day grace, late fees may be assessed on your account.

## APPLICATION OF YOUR PAYMENT

ECSI applies student loan payments according to Federal regulations and, for private institutional loans, as required by the borrower's promissory note. For Federal Perkins loans, ECSI applies payments according to Department of Education regulations. For Perkins loans, your payment will be applied in the following order - fees, past due interest, past due principal, current interest, and current principal. Unless provided otherwise by your promissory note, agreement, or other terms provided by your institution, if you have multiple accounts and make an overpayment or partial payment, ECSI will notify you of a payment's application via email and request that you provide instructions within 10 business days by contacting our call center at 888.549.3274 if you would like to alter the payment application. You can also provide instructions at the time you make the payment on the back of the payment coupon (To ensure proper processing, please do not write instructions on your check or prepayment instrument), or by logging in to our website and noting how you would like to allocate your payment when making an online automated one-time or recurring payment via ACH or debit/credit card. ECSI will retain and apply your payment instructions to any future nonconforming payment until your account is paid in full or you provide alternate instructions. You may prepay all or any part of your unpaid balance, plus any accrued interest and fees, at any time without penalty. If you do not provide ECSI with instructions regarding how to apply an overpayment or partial payment, ECSI will (1) apply an overpayment in a manner that is in your best financial interest, including by applying an overpayment to the highest interest-rate loan on your account; and (2) apply a partial payment in a manner that minimizes late fees and negative credit reporting. If there are multiple loans on your account with an equal stage of delinquency, ECSI will apply a partial payment to satisfy as many loans as possible.

## ACCEPTANCE OF PAYMENT

Acceptance or application of a payment in an amount that is less than all amounts due shall not constitute a waiver of the unpaid amounts or an accord and satisfaction.

## PAYING YOUR ACCOUNT IN FULL

To pay your account in full, we must receive the Payoff Amount by the date listed next to the Payment Amount in the account detail section. After this date, please contact us to confirm your exact Payoff Amount before sending your payment.

My new phone number is:

☐ Home ☐ Mobile ☐ Work ☐ Other

My new address is:

Street Address

Apartment / Unit / Suite

City, State, Zip / Postal Code

Country

My new email address is:

I want to change the allocation of this payment as provided below.

Account ______ $ __,___.__

Account ______ $ __,___.__

Account ______ $ __,___.__

If you have instructions for more than 3 accounts, please attach additional instructions and mail with this coupon.

T-901 0111 S5 S48025300



# ACCOUNTS ON THIS STATEMENT

## ACCOUNT CODE: A7901A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $170.00 |
| Current Balance: | $170.00 |
| Payoff Amount thru 09/01/2026: | $194.00 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $0.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $170.00 |
| Past Interest Due: | $0.00 |
| Fees Due: | $24.00 |
| **Total Payment Due:** | **$194.00** |
| **Payment Due Date:** | **09/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

## ACCOUNT CODE: A8201A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $16,990.50 |
| Current Balance: | $16,990.50 |
| Payoff Amount thru 09/01/2026: | $17,014.50 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $0.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $16,990.50 |
| Past Interest Due: | $0.00 |
| Fees Due: | $24.00 |
| **Total Payment Due:** | **$17,014.50** |
| **Payment Due Date:** | **09/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

## ACCOUNT CODE: A8401A

| | |
|---|---|
| Account Type: | Student Account |
| Interest Rate: | 0% |
| Payment Frequency: | Monthly |
| Loan Term: | 000 |
| Original Amount: | $1,165.08 |
| Current Balance: | $1,165.08 |
| Payoff Amount thru 09/01/2026: | $1,189.08 |
| Date of Origination: Refer to your prom note | |
| Total Principal Paid/Canc to Date: | $0.00 |
| Total Interest Paid/Canc to Date: | $0.00 |
| Total Fees Paid/Canc to Date: | $0.00 |
| Payments since last statement: | $0.00 |

| | |
|---|---|
| Current Monthly Installment: | |
| Current Principal Due: | $0.00 |
| Current Interest Due: | $0.00 |
| Past Due Installment(s): | |
| Past Principal Due: | $1,165.08 |
| Past Interest Due: | $0.00 |
| Fees Due: | $24.00 |
| **Total Payment Due:** | **$1,189.08** |
| **Payment Due Date:** | **09/01/2026** |

Notes applicable to this account:

This account is not a loan. This balance is for unpaid institutional expenses charged by your school.

ECSI



## What Are My Payment Options?

You may make payments to ECSI by mail, online through our website, using our EasyPath mobile app (for iOS and Android), over the phone using our automated payment assistant or with a customer advocate, and through bill pay services. Please note that processing fees apply to some, but not all payment methods. For more information, see What Fees Apply to My Payments. ECSI does not charge for payments received by mail or recurring ACH payments. Any processing fee will be disclosed to you before you authorize your payment.

By Mail: ECSI accepts checks and money orders. Please include your Account Number in the memo field on your check or money order. Make your check or money order payable to your school and mail to: Your School Name, c/o ECSI, P.O. Box 1287, Moon Township, PA 15108.

Online: ECSI accepts one-time and recurring online payments via ACH and debit/credit card. We accept Visa, MasterCard and Discover cards. When paying with your Visa credit Card (not Visa debit card) the following restriction will apply: (1) you can make up to six (6) one-time payments per loan account per year and (2) you cannot use Visa credit card for recurring payments. We do not accept American Express.

Mobile App: ECSI accepts payments via our EasyPath mobile app. Our mobile app is available for Apple or Android phones. The Apple mobile app can be downloaded at The App Store (iTunes). The Android app can be downloaded at the Google Play store. We accept the same payments on our mobile app as accepted online.

By Phone: ECSI also accepts one-time ACH and debit/credit card payments and recurring ACH payments over the phone. ECSI does not accept recurring debit/credit card payments over the phone. One-time payments can be made by calling us toll-free at 888.549.3274 and using our automated payment assistant which is available 24/7. For recurring ACH payments, please call one of our customer service advocates toll-free at 888.549.3274, Monday to Friday, 7:30 AM to 8:00 PM EST.

Bill Pay: ECSI accepts payments through your bank or other third party bill pay service.

## What Fees Apply To My Payment?

PROCESSING FEES

ECSI charges fees for some, but not all payment methods offered. The chart below summarizes the fees we charge for each payment method. Please note in some instances, your school may pay the ECSI fees on your behalf.

| Method of Payment | ECSI Fees |
|---|---|
| Recurring direct debit (checking or savings account) payments (ACH)<br>Authorized online, by phone, or by mobile app | None |
| One-time direct debit (checking or savings account) payments (ACH)<br>Authorized online or by mobile app | $1.95 for each one-time payment you authorize |
| One-time direct debit (checking or savings account) payments (ACH)<br>Authorized by phone | $10.00 for each one-time payment you authorize |
| One-time or Recurring credit or debit card payments<br>Authorized online or by mobile app | 3.95% of the payment amount plus<br>$1.00 for each one-time or recurring payment you authorize |
| One-time credit or debit card payments<br>Authorized by phone | 3.95% of the payment amount plus<br>$10.00 for each one-time payment you authorize |
| Mailing a paper check or money order | None |
| Bill Pay Service Offered by Your Bank or Another Third Party | No ECSI Fee.<br>Other bill payment processing fees may apply. |
| Payments in Other Than U.S. Dollars; International Payments | No ECSI Fee.<br>Currency conversion or processing fees may vary. |

LATE FEES

Your school may assess fees for any part of an installment payment not made by the due date. Fees vary by school. To avoid late fees, please ensure ECSI receives your payment on or before your due date. If you have any questions about late fees or payment posting, please contact our customer advocates.

REJECTED PAYMENT/NON-SUFFICIENT FUNDS (NSF) FEES

Your school may assess a fee if your ACH (Direct Debit from your savings or checking account) transaction is unsuccessful. To avoid fees, please confirm that your checking or savings account has sufficient funds and that your bank account information is correct before submitting your payment. Please note that failure to submit payment for the full amount due by your payment due date will result in a late fee as described above. If you have any questions about your school's fees, please contact our customer advocates.