Nadja Yang
200 E Liberty St Lbby Unit 7760
Ann Arbor, MI 48107
(332) 203-3124
nadja@njy.dev
Plaintiff, pro se

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

Southern Division

| | |
|---|---|
| NADJA YANG,<br>Plaintiff,<br>v.<br>EDUCATIONAL COMPUTER SYSTEMS, INC., et al.,<br>Defendants. | No. 2:26-cv-12839-SKD-KGA<br>Hon. Susan K. DeClercq<br>Mag. Judge Kimberly G. Altman<br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO THE MOTION TO DISMISS (ECF NO. 13)** |

## STIPULATION

Plaintiff Nadja Yang, proceeding pro se, and Defendants Denise Truesdell, Timothy G. Lynch, Sean Fritz, and Kathleen Chapman (the "Individual Defendants"), through their counsel, stipulate under E.D. Mich. LR 7.1(a)(1) and Fed. R. Civ. P. 6(b)(1) as follows:

1. The Individual Defendants moved to dismiss the Complaint on September 10, 2026. ECF No. 13. The Court ordered Plaintiff to respond on or before October 12, 2026. ECF No. 15.

2. October 12, 2026 was Columbus Day, a legal holiday under Fed. R. Civ. P. 6(a)(6)(A). This stipulation is submitted on October 13, 2026, the next business day. The Individual Defendants consent to the extension and will not be prejudiced by it.

3. The time of Defendant Educational Computer Systems, Inc. to answer, move, or otherwise respond to the Complaint runs through October 13, 2026. ECF No. 10. Plaintiff's response to a motion to dismiss filed that day would be due November 3, 2026. E.D. Mich. LR 7.1(e)(2)(A). One response date for both motions will conserve the parties' and the Court's resources.

4. The only previous time modification in this case is ECF No. 10. No scheduling order has been entered, and the extension affects no other date.

IT IS THEREFORE STIPULATED that Plaintiff shall have up to and including Tuesday, November 3, 2026, to respond, move, or otherwise plead in response to the Motion to Dismiss (ECF No. 13).

Dated: October 13, 2026

/s/ Nadja Yang
Nadja Yang
200 E Liberty St Lbby Unit 7760
Ann Arbor, MI 48107
(332) 203-3124
nadja@njy.dev
Plaintiff, pro se

NO OBJECTION AS TO RELIEF REQUESTED

/s/ Robert C. Folland
Robert C. Folland (OH 0065728)
41 S. High Street, Suite 3300
Columbus, OH 43215
(614) 628-1429
Rob.Folland@btlaw.com

Lisa D. Starks (P-78128)
Barnes & Thornburg LLP
171 Monroe Ave. NW, Ste. 1000
Grand Rapids, MI 49503
(260) 425-4627
Lisa.Starks@btlaw.com
Attorneys for Defendants Denise Truesdell, Timothy G. Lynch, Sean Fritz, and Kathleen Chapman

I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

**ORDER**

Good cause appearing, and any delay in seeking the extension being excusable, *see* Fed. R. Civ. P. 6(b)(1), PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff shall have up to and including November 3, 2026, to respond, move, or otherwise plead in response to the Motion to Dismiss (ECF No. 13).

Dated: October 14, 2026

s/Kimberly G. Altman
KIMBERLY G. ALTMAN
United States Magistrate Judge