UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nadja Yang [E−Filer],

Plaintiff(s),

v.

Case No. 2:26−cv−12839−SKD−KGA
Hon. Susan K. DeClercq

Educational Computer Systems, Inc., et al.,

Defendant(s),

**ORDER REQUIRING RESPONSE**

The following document has been filed:

Motion to Dismiss − #16

IT IS HEREBY ORDERED that Nadja Yang [E−Filer] shall file a response to the above document on or before November 13, 2026. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

s/Kimberly G. Altman
Kimberly G. Altman
U.S. Magistrate Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Drunetta J Jennings
Case Manager

Dated: October 14, 2026